IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 07 B 18547 |
| DAVID KORTAN, | ) |
| | ) Hon. Susan Pierson Sonderby |
| Debtor and Debtor in Possession | ) |

*R/o Order*

**ORDER CONDITIONALLY APPROVING FIRST AMENDED DISCLOSURE STATEMENT, SETTING JOINT HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF FIRST AMENDED PLAN, AND FIXING TIME FOR FILING OBJECTIONS AND SUBMITTING ACCEPTANCES AND REJECTIONS OF PLAN**

THIS CAUSE coming on to be heard upon the status of the First Amended Plan of Reorganization (the "Plan") and First Amended Disclosure Statement (the "Disclosure Statement") filed by David Kortan (the "Debtor"), it is hereby ordered:

1) ~~The Disclosure Statement filed by the Debtor on March 10, 2008, is conditionally approved.~~

2. The joint hearing to consider final approval of the Disclosure Statement and, if so approved, confirmation of the Plan, is set for April 22, 2008, at 10:30 a.m., in Courtroom 642. Debtor's counsel shall serve notice of hearing on all creditors and parties in interest, on or before March 14, 2008.

3. Debtor's counsel shall serve copies of the Disclosure Statement, the Plan, and the ballot for accepting or rejecting the Plan upon all creditors impaired under the Plan, on or before March 14, 2008.

4. April 15, 2008 is fixed as the last day to file written objections to the approval of the Disclosure Statement and confirmation of the Plan.

5. April 15, 2008 is fixed as the last day for those creditors entitled to vote upon the Plan to file, by written ballot, written acceptances or rejections of the Plan with the Clerk of the United States Bankruptcy Court.

Dated: MAR 11 2008

ENTER: _____
The Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Drafted by: Forrest L. Ingram, P.C.