(312) 759.0298

U.S. Trustee Basic Monthly Operating Report

Case Name: David Korten

Date Filed: 6/10/08

Case Number: 07B18547

NAICS Code: 62130

Month (or portion) covered by this report: May 08

Note, the NAICS Code may be found at: http://www.census.gov/epcd/naics02/naico602.htm

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

DATE REPORT SIGNED: 6/10/08

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR: David Korten

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

|  | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☑ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☑ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |
| 12. DO YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |

16. A : YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST?         ☑  ☐

### TAXES

DO Y( I HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐  ☑

IF YE  PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE F:  .D, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE I  YMENT.

(Exhibit A)

### INCOME

PLEA  : SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOI  .D INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an
auton    ed accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME  **33,252.88**

(Exhibit B)

### EXPENSES

PLEA  : SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCI  : INTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURI   ISE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of
the D   iursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES  **20,061.98**

(Exhibit C)

### CASH PROFIT

INCC  E FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPI  SES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)
CASH PROFIT FOR THE MONTH  **13,190.90**

### UNPAID BILLS

PLE..  E ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SIN(   THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE
DAT :  HE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT
AND   HEN THE DEBT IS DUE.

TOTAL PAYABLES  **16,951.29**

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES
YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  23,331.66

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    3

## PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS
REPORTING PERIOD?

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING
OF THE CASE?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO
BANKRUPTCY DURING THIS REPORTING PERIOD?

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO
BANKRUPTCY SINCE THE FILING OF THE CASE?

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS
FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH:

ACTUAL INCOME FOR THE MONTH (EXHIBIT B):

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:

PRO. ECTED EXPENSES FOR THE MONTH:

TOTA ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):

DIFFE RENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:


PRO. CTED CASH PROFIT FOR THE MONTH:

ACTU L CASH PROFIT FOR THE MONTH
(TOT L FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

DIFFE RENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:


[If a tual cash profit was 90% or less of projected cash profit,
plea e attach a detailed written explanation.]


EXHIBIT G

12:13 PM
06/05/08
Accrual Basis

# ARMTRAIL CHIROPRACTIC
## Balance Sheet
### As of May 31, 2008

|  | May 31, 08 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash - Fifth Third Bank | 12,688.14 |
| Petty Cash | 100.00 |
| **Total Checking/Savings** | 12,788.14 |
| **Other Current Assets** | |
| Accounts Receivable | 13,186.12 |
| **Total Other Current Assets** | 13,186.12 |
| **Total Current Assets** | 25,974.26 |
| **Fixed Assets** | |
| Accumulated Depreciation | -37,792.18 |
| Furniture and Fixtures | 26,826.06 |
| Machinery & Equipment | 16,347.77 |
| **Total Fixed Assets** | 5,381.65 |
| **Other Assets** | |
| Security Deposits Asset | 1,475.00 |
| **Total Other Assets** | 1,475.00 |
| **TOTAL ASSETS** | 32,830.91 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Payroll Liabilities** | |
| FICA/Federal WH | -1.08 |
| State WH - IL | 734.25 |
| **Total Payroll Liabilities** | 733.17 |
| **Total Other Current Liabilities** | 733.17 |
| **Total Current Liabilities** | 733.17 |
| **Total Liabilities** | 733.17 |
| **Equity** | |
| Captial | -2,931.04 |
| Owners Draw-David Kortan | -47,988.40 |
| Retained Earnings | 55,397.40 |
| Net Income | 27,619.78 |
| **Total Equity** | 32,097.74 |
| **TOTAL LIABILITIES & EQUITY** | 32,830.91 |

Rx B

12:13 PM
06/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Profit & Loss
### May 2008

|  | May 08 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Revenue - Material | 117.00 |
| Revenue - NP INT OV | 900.00 |
| Revenue - Therapy | 50,340.00 |
| Revenue - Treatment | 22,275.00 |
| Revenue Adjustments & Allowance | -54,158.64 |
| Revenue Refunds | -159.53 |
| **Total Income** | 19,313.83 |
| **Cost of Goods Sold** | |
| Operating Supplies | 1,237.48 |
| Salaries & Wages | 4,650.00 |
| **Total COGS** | 5,887.48 |
| **Gross Profit** | 13,426.35 |
| **Expense** | |
| Advertising and Promotion | 481.96 |
| Automobile Expense | 910.51 |
| Automobile Lease | 1,995.90 |
| Bank Service Charges | 402.66 |
| Dues and Subscriptions | 40.00 |
| Insurance Expense | 3,455.59 |
| Office Supplies & Expense | 2,309.67 |
| Payroll Expenses | 0.00 |
| Payroll Taxes | 355.76 |
| Real Estate Taxes | 5,112.96 |
| Rent Expense | 2,047.15 |
| Repairs and Maintenance | 1,806.00 |
| Telephone Expense | 342.98 |
| Uniforms | 124.30 |
| **Utilities** | |
| Electric | 520.60 |
| Gas | 155.94 |
| **Total Utilities** | 676.54 |
| **Total Expense** | 20,061.98 |
| **Net Ordinary Income** | -6,635.63 |
| **Net Income** | -6,635.63 |

Ex B

Page 1

12:14 PM
06/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Transaction Detail by Account
### May 2008

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Cash - Fifth Third Bank** | | | | | 0.00 | | 0.00 |
| Check | 5/1/2008 | 10031 | Village of Glendale Heights | VOID: | | | -628.07 |
| Check | 5/1/2008 | 10032 | State Farm | | | 628.07 | -628.07 |
| Check | 5/1/2008 | 10033 | Nicor | | | 129.94 | -758.01 |
| Check | 5/2/2008 | 10034 | David Kortan | | | 1,000.00 | -1,758.01 |
| Check | 5/5/2008 | 10035 | Wendy Matthews | | | 687.54 | -2,445.55 |
| Check | 5/5/2008 | 10036 | Clementina Reyna | | | 297.80 | -2,743.35 |
| Check | 5/5/2008 | 10037 | Fifth Third Bank | | | 296.62 | -3,039.97 |
| Check | 5/5/2008 | 10038 | Tru Green | | | 41.00 | -3,080.97 |
| Check | 5/5/2008 | 10039 | Com Ed | | | 309.73 | -3,390.70 |
| Check | 5/5/2008 | 10040 | Comcast | | | 99.90 | -3,490.60 |
| Check | 5/5/2008 | 10041 | Cleaner Options | | | 124.30 | -3,614.90 |
| Check | 5/5/2008 | 10042 | City of West Chicago | | | 187.30 | -3,802.20 |
| Check | 5/5/2008 | 10043 | Ted Budz | Office Cleaning | | 100.00 | -3,902.20 |
| Check | 5/6/2008 | 10044 | Nicolet Weler | | | 51.68 | -3,953.88 |
| Check | 5/6/2008 | 10045 | United Guaranty Insurance | | | 861.57 | -4,815.45 |
| Check | 5/6/2008 | 10046 | David Kortan | | | 2,000.00 | -6,815.45 |
| Check | 5/8/2008 | 10047 | Dish | | | 179.96 | -6,995.41 |
| Check | 5/8/2008 | 10048 | Scrip | | | 43.18 | -7,038.59 |
| Check | 5/8/2008 | 10049 | AT & T | | | 126.03 | -7,164.62 |
| Check | 5/12/2008 | 10050 | Wendy Matthews | | | 687.54 | -7,852.16 |
| Check | 5/12/2008 | 10051 | Clementina Reyna | | | 297.80 | -8,149.96 |
| Check | 5/12/2008 | 10052 | Fifth Third Bank | | | 296.62 | -8,446.58 |
| Check | 5/12/2008 | 10053 | MB Financial | | | 1,037.42 | -9,484.00 |
| Check | 5/12/2008 | 10054 | US Bank | | | 958.48 | -10,442.48 |
| Check | 5/12/2008 | 10055 | David Kortan | | | 2,000.00 | -12,442.48 |
| Check | 5/12/2008 | 10057 | David Kortan | | | 316.20 | -12,758.68 |
| Check | 5/13/2008 | 10058 | Valley Forge Insurance | | | 705.00 | -13,463.68 |
| Check | 5/15/2008 | 10059 | NYSCA | | | 40.00 | -13,503.68 |
| Check | 5/15/2008 | 10060 | Western Reserve | | | 567.67 | -14,071.35 |
| Check | 5/15/2008 | 10061 | David Kortan | | | 2,000.00 | -16,071.35 |
| Check | 5/15/2008 | 10062 | David Kortan | | | 501.92 | -16,573.27 |
| Check | 5/15/2008 | 10063 | Ted Budz | Office Cleaning | | 100.00 | -16,673.27 |
| Check | 5/15/2008 | 10064 | Village of Glendale Heights | | | 12.00 | -16,685.27 |
| Check | 5/15/2008 | 10065 | AT & T | | | 216.95 | -16,902.22 |
| Check | 5/19/2008 | 10066 | David Kortan | | | 498.31 | -17,400.53 |
| Check | 5/19/2008 | 10067 | Wendy Matthews | | | 687.54 | -18,088.07 |
| Check | 5/19/2008 | 10068 | Clementina Reyna | | | 297.80 | -18,385.87 |
| Check | 5/19/2008 | 10069 | Fifth Third Bank | | | 296.62 | -18,682.49 |
| Check | 5/19/2008 | 10070 | Scrip | | | 146.80 | -18,829.29 |
| Check | 5/19/2008 | 10071 | David Kortan | | | 1,000.00 | -19,829.29 |
| Check | 5/20/2008 | 10072 | DuPage County Collector | | | 5,112.96 | -24,942.25 |
| Check | 5/20/2008 | 10073 | Delta Dental | | | 53.08 | -24,995.33 |
| Check | 5/21/2008 | 10074 | David Kortan | | | 1,653.33 | -26,648.66 |
| Check | 5/21/2008 | 10075 | Nicor | | | 26.00 | -26,674.66 |
| Check | 5/21/2008 | 10077 | David Kortan | | | 475.00 | -27,149.66 |
| Check | 5/27/2008 | 10078 | Wendy Matthews | | | 501.17 | -27,650.83 |
| Check | 5/27/2008 | 10079 | Clementina Reyna | | | 297.80 | -27,948.63 |
| Check | 5/27/2008 | 10080 | Fifth Third Bank | | | 221.36 | -28,169.99 |

12:14 PM
06/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Transaction Detail by Account
### May 2008

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 5/27/2008 | 10081 | Wendy Matthews | | | 250.00 | -28,419.99 |
| Check | 5/27/2008 | 10082 | Carpenters Welfare Fund | | | 159.53 | -28,579.52 |
| Check | 5/27/2008 | 10083 | JGG Inc | | | 2,047.15 | -30,626.67 |
| Check | 5/27/2008 | 10084 | David Kortan | | | 1,138.61 | -31,765.28 |
| Check | 5/27/2008 | 10085 | David Kortan | | | 1,000.00 | -32,765.28 |
| Check | 5/27/2008 | 10086 | Deluxe | | | 41.94 | -32,807.22 |
| Check | 5/27/2008 | 10087 | Aetna | | | 640.20 | -33,447.42 |
| Check | 5/27/2008 | 10088 | Com Ed | | | 210.87 | -33,658.29 |
| Check | 5/27/2008 | 10089 | Dex | | | 102.00 | -33,760.29 |
| Check | 5/27/2008 | 10090 | Sarah Ochoa | | | 200.00 | -33,960.29 |
| Check | 5/29/2008 | 10091 | Bremmer Heating | | | 190.00 | -34,150.29 |
| Check | 5/30/2008 | 10092 | Wendy Matthews | | | 250.00 | -34,400.29 |
| General Journal | 5/31/2008 | 24 | | May 2008 Receipts | 33,232.88 | | -1,167.41 |
| General Journal | 5/31/2008 | 26 | | May'08 Cr Card & Bak Fees | | 402.66 | -1,570.07 |
| General Journal | 5/31/2008 | 27 | | May'08 Bank Debit Purchase | | 146.49 | -1,716.56 |
| **Total Cash - Fifth Third Bank** | | | | | 33,232.88 | 34,949.44 | -1,716.56 |
| Petty Cash | | | | | | | |
| General Journal | 5/31/2008 | 24 | | May 2008 Receipts | 20.00 | | 20.00 |
| General Journal | 5/31/2008 | 28 | | Misc Petty Cash Expenses | | 20.00 | 0.00 |
| **Total Petty Cash** | | | | | 20.00 | 20.00 | 0.00 |
| Accounts Receivable | | | | | | | |
| General Journal | 5/31/2008 | 23 | | May 2008 Revenue Entry | 19,473.36 | | 19,473.36 |
| General Journal | 5/31/2008 | 24 | | May 2008 Receipts | | 33,252.88 | -13,779.52 |
| **Total Accounts Receivable** | | | | | 19,473.36 | 33,252.88 | -13,779.52 |
| Payroll Liabilities | | | | | | | |
| FICA/Federal WH | | | | | | | |
| Check | 5/5/2008 | 10037 | Fifth Third Bank | | 296.62 | | 296.62 |
| Check | 5/12/2008 | 10052 | Fifth Third Bank | | 296.62 | | 593.24 |
| Check | 5/19/2008 | 10069 | Fifth Third Bank | | 296.62 | | 889.86 |
| Check | 5/27/2008 | 10080 | Fifth Third Bank | | 221.36 | | 1,111.22 |
| General Journal | 5/31/2008 | 25 | | May 2008 Payroll Entry | | 1,111.27 | -0.05 |
| **Total FICA/Federal WH** | | | | | 1,111.22 | 1,111.27 | -0.05 |
| State WH - IL | | | | | | | |
| General Journal | 5/31/2008 | 25 | | May 2008 Payroll Entry | | 139.50 | -139.50 |
| **Total State WH - IL** | | | | | 0.00 | 139.50 | -139.50 |
| **Total Payroll Liabilities** | | | | | 1,111.22 | 1,250.77 | -139.55 |

12:14 PM
06/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Transaction Detail by Account
### May 2008

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Owners Draw-David Kortan** | | | | | | | |
| Check | 5/2/2008 | 10034 | David Kortan | | 1,000.00 | | 1,000.00 |
| Check | 5/6/2008 | 10046 | David Kortan | | 2,000.00 | | 3,000.00 |
| Check | 5/12/2008 | 10055 | David Kortan | | 2,000.00 | | 5,000.00 |
| Check | 5/15/2008 | 10061 | David Kortan | | 2,000.00 | | 7,000.00 |
| Check | 5/19/2008 | 10071 | David Kortan | | 1,000.00 | | 8,000.00 |
| Check | 5/27/2008 | 10085 | David Kortan | | 1,000.00 | | 9,000.00 |
| **Total Owners Draw-David Kortan** | | | | | 9,000.00 | 0.00 | 9,000.00 |
| **Revenue - Material** | | | | | | | |
| General Journal | 5/31/2008 | 23 | | May 2008 Revenue Entry | | 117.00 | -117.00 |
| **Total Revenue - Material** | | | | | 0.00 | 117.00 | -117.00 |
| **Revenue - NP INT OV** | | | | | | | |
| General Journal | 5/31/2008 | 23 | | May 2008 Revenue Entry | | 900.00 | -900.00 |
| **Total Revenue - NP INT OV** | | | | | 0.00 | 900.00 | -900.00 |
| **Revenue - Therapy** | | | | | | | |
| General Journal | 5/31/2008 | 23 | | May 2008 Revenue Entry | | 50,340.00 | -50,340.00 |
| **Total Revenue - Therapy** | | | | | 0.00 | 50,340.00 | -50,340.00 |
| **Revenue - Treatment** | | | | | | | |
| General Journal | 5/31/2008 | 23 | | May 2008 Revenue Entry | | 22,275.00 | -22,275.00 |
| **Total Revenue - Treatment** | | | | | 0.00 | 22,275.00 | -22,275.00 |
| **Revenue Adjustments & Allowance** | | | | | | | |
| General Journal | 5/31/2008 | 23 | | May 2008 Revenue Entry | 54,158.64 | | 54,158.64 |
| **Total Revenue Adjustments & Allowance** | | | | | 54,158.64 | 0.00 | 54,158.64 |
| **Revenue Refunds** | | | | | | | |
| Check | 5/27/2008 | 10082 | Carpenters Welfare Fund | | 159.53 | | 159.53 |
| **Total Revenue Refunds** | | | | | 159.53 | 0.00 | 159.53 |
| **Operating Supplies** | | | | | | | |
| Check | 5/8/2008 | 10048 | Scrip | | 43.18 | | 43.18 |
| Check | 5/19/2008 | 10070 | Scrip | | 146.80 | | 189.98 |
| Check | 5/21/2008 | 10074 | David Kortan | | 117.00 | | 306.98 |
| Check | 5/21/2008 | 10077 | David Kortan | | 475.00 | | 781.98 |
| Check | 5/27/2008 | 10084 | David Kortan | | 455.50 | | 1,237.48 |
| **Total Operating Supplies** | | | | | 1,237.48 | 0.00 | 1,237.48 |
| **Salaries & Wages** | | | | | | | |
| General Journal | 5/31/2008 | 25 | | May 2008 Payroll Entry | 4,650.00 | | 4,650.00 |
| **Total Salaries & Wages** | | | | | 4,650.00 | 0.00 | 4,650.00 |

12:14 PM
06/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Transaction Detail by Account
### May 2008

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Advertising and Promotion** | | | | | | | |
| Check | 5/8/2008 | 10047 | Dish | | 179.96 | | 179.96 |
| Check | 5/27/2008 | 10089 | Dex | | 102.00 | | 281.96 |
| Check | 5/27/2008 | 10090 | Sarah Ochoa | | 200.00 | | 481.96 |
| **Total Advertising and Promotion** | | | | | 481.96 | 0.00 | 481.96 |
| **Automobile Expense** | | | | | | | |
| Check | 5/1/2008 | 10031 | Village of Glendale Heights | VOID: | 0.00 | | 0.00 |
| Check | 5/12/2008 | 10057 | David Kortan | | 152.20 | | 152.20 |
| Check | 5/15/2008 | 10062 | David Kortan | | 162.00 | | 314.20 |
| Check | 5/15/2008 | 10064 | Village of Glendale Heights | | 12.00 | | 326.20 |
| Check | 5/21/2008 | 10074 | David Kortan | | 161.33 | | 487.53 |
| Check | 5/27/2008 | 10081 | Wendy Matthews | | 250.00 | | 737.53 |
| Check | 5/27/2008 | 10084 | David Kortan | | 113.19 | | 850.72 |
| General Journal | 5/31/2008 | 27 | | May'08 Bank Debit Purchase | 59.79 | | 910.51 |
| **Total Automobile Expense** | | | | | 910.51 | 0.00 | 910.51 |
| **Automobile Lease** | | | | | | | |
| Check | 5/12/2008 | 10053 | MB Financial | | 1,037.42 | | 1,037.42 |
| Check | 5/12/2008 | 10054 | US Bank | | 958.48 | | 1,995.90 |
| **Total Automobile Lease** | | | | | 1,995.90 | 0.00 | 1,995.90 |
| **Bank Service Charges** | | | | | | | |
| General Journal | 5/31/2008 | 26 | | May'08 Cr Card & Bak Fees | 402.66 | | 402.66 |
| **Total Bank Service Charges** | | | | | 402.66 | 0.00 | 402.66 |
| **Dues and Subscriptions** | | | | | | | |
| Check | 5/15/2008 | 10059 | NYSCA | | 40.00 | | 40.00 |
| **Total Dues and Subscriptions** | | | | | 40.00 | 0.00 | 40.00 |
| **Insurance Expense** | | | | | | | |
| Check | 5/1/2008 | 10032 | State Farm | | 628.07 | | 628.07 |
| Check | 5/6/2008 | 10045 | United Guaranty Insurance | | 861.57 | | 1,489.64 |
| Check | 5/13/2008 | 10058 | Valley Forge Insurance | | 705.00 | | 2,194.64 |
| Check | 5/15/2008 | 10060 | Western Reserve | | 567.67 | | 2,762.31 |
| Check | 5/20/2008 | 10073 | Delta Dental | | 53.08 | | 2,815.39 |
| Check | 5/27/2008 | 10087 | Aetna | | 640.20 | | 3,455.59 |
| **Total Insurance Expense** | | | | | 3,455.59 | 0.00 | 3,455.59 |

[signature: BcB]

12:14 PM
06/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Transaction Detail by Account
### May 2008

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **Office Supplies & Expense** | | | | | | | |
| Check | 5/5/2008 | 10040 | Comcast | | 99.90 | | 99.90 |
| Check | 5/5/2008 | 10042 | City of West Chicago | | 187.30 | | 287.20 |
| Check | 5/6/2008 | 10044 | Nicolet Water | | 51.68 | | 338.88 |
| Check | 5/12/2008 | 10057 | David Kortan | | 164.00 | | 502.88 |
| Check | 5/15/2008 | 10062 | David Kortan | | 339.92 | | 842.80 |
| Check | 5/15/2008 | 10066 | David Kortan | | 498.31 | | 1,341.11 |
| Check | 5/27/2008 | 10084 | David Kortan | | 569.92 | | 1,911.03 |
| Check | 5/27/2008 | 10086 | Deluxe | | 41.94 | | 1,952.97 |
| Check | 5/30/2008 | 10092 | Wendy Matthews | | 250.00 | | 2,202.97 |
| General Journal | 5/31/2008 | 27 | | May'08 Bank Debit Purchase | 86.70 | | 2,289.67 |
| General Journal | 5/31/2008 | 28 | | Misc Petty Cash Expenses | 20.00 | | 2,309.67 |
| **Total Office Supplies & Expense** | | | | | 2,309.67 | 0.00 | 2,309.67 |
| **Payroll Expenses** | | | | | | | |
| Check | 5/5/2008 | 10035 | Wendy Matthews | | 687.54 | | 687.54 |
| Check | 5/5/2008 | 10036 | Clementina Reyna | | 297.80 | | 985.34 |
| Check | 5/12/2008 | 10050 | Wendy Matthews | | 687.54 | | 1,672.88 |
| Check | 5/12/2008 | 10051 | Clementina Reyna | | 297.80 | | 1,970.68 |
| Check | 5/19/2008 | 10058 | Wendy Matthews | | 687.54 | | 2,658.22 |
| Check | 5/19/2008 | 10058 | Clementina Reyna | | 297.80 | | 2,956.02 |
| Check | 5/27/2008 | 10078 | Wendy Matthews | | 501.17 | | 3,457.19 |
| Check | 5/27/2008 | 10079 | Clementina Reyna | | 297.80 | | 3,754.99 |
| General Journal | 5/31/2008 | 25 | | May 2008 Payroll Entry | | 3,754.99 | 0.00 |
| **Total Payroll Expenses** | | | | | 3,754.99 | 3,754.99 | 0.00 |
| **Payroll Taxes** | | | | | | | |
| General Journal | 5/31/2008 | 25 | | May 2008 Payroll Entry | 355.76 | | 355.76 |
| **Total Payroll Taxes** | | | | | 355.76 | 0.00 | 355.76 |
| **Real Estate Taxes** | | | | | | | |
| Check | 5/20/2008 | 10072 | DuPage County Collector | | 5,112.96 | | 5,112.96 |
| **Total Real Estate Taxes** | | | | | 5,112.96 | 0.00 | 5,112.96 |
| **Rent Expense** | | | | | | | |
| Check | 5/27/2008 | 10083 | JGG Inc | | 2,047.15 | | 2,047.15 |
| **Total Rent Expense** | | | | | 2,047.15 | 0.00 | 2,047.15 |
| **Repairs and Maintenance** | | | | | | | |
| Check | 5/5/2008 | 10038 | Tru Green | | 41.00 | | 41.00 |
| Check | 5/5/2008 | 10043 | Ted Budz | Office Cleaning | 100.00 | | 141.00 |
| Check | 5/15/2008 | 10063 | Ted Budz | Office Cleaning | 100.00 | | 241.00 |
| Check | 5/21/2008 | 10074 | David Kortan | | 1,375.00 | | 1,616.00 |
| Check | 5/29/2008 | 10091 | Bremmer Heating | Hot Water Heater Repair | 190.00 | | 1,806.00 |
| **Total Repairs and Maintenance** | | | | | 1,806.00 | 0.00 | 1,806.00 |

12:14 PM
05/05/08
Accrual Basis

# ARMY TRAIL CHIROPRACTIC
## Transaction Detail by Account
### May 2008

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Telephone Expense** | | | | | | | |
| Check | 5/8/2008 | 10049 | AT & T | | 126.03 | | 126.03 |
| Check | 5/15/2008 | 10065 | AT & T | | 216.95 | | 342.98 |
| **Total Telephone Expense** | | | | | 342.98 | 0.00 | 342.98 |
| **Uniforms** | | | | | | | |
| Check | 5/5/2008 | 10041 | Cleaner Options | | 124.30 | | 124.30 |
| **Total Uniforms** | | | | | 124.30 | 0.00 | 124.30 |
| **Utilities** | | | | | | | |
| **Electric** | | | | | | | |
| Check | 5/5/2008 | 10039 | Com Ed | | 309.73 | | 309.73 |
| Check | 5/27/2008 | 10088 | Com Ed | | 210.87 | | 520.60 |
| **Total Electric** | | | | | 520.60 | 0.00 | 520.60 |
| **Gas** | | | | | | | |
| Check | 5/1/2008 | 10033 | Nicor | | 129.94 | | 129.94 |
| Check | 5/21/2008 | 10075 | Nicor | | 26.00 | | 155.94 |
| **Total Gas** | | | | | 155.94 | 0.00 | 155.94 |
| **Total Utilities** | | | | | 676.54 | 0.00 | 676.54 |
| **TOTAL** | | | | | 146,860.08 | 146,860.08 | 0.00 |

*[handwritten initials: BcB]*

# Army Trail Chiropractic
## 2103 Bloomingdale Road
## Glendale Heights, IL 60139
### Phone (630) 894-0550
### Fax (630) 894-0697

David M. Kortan
Chiropractic Physician

accounts payable  MAY 2008

| | Amount due | Date due |
|---|---|---|
| STATE FARM | 628.27 | 6/30/08 |
| VILLAGE OF GLENDALE HT | 22.22 | 5/5/08 |
| NICOR | 129.94 | 5/20/08 |
| CLEANER OPTIONS | 124.30 | 5/15/08 |
| COMCAST | 99.90 | 5/24/08 |
| COMED | 309.73 | 5/24/08 |
| TRUGREEN | 41.00 | 5/15/08 |
| CITY OF W. CHICAGO | 187.30 | 5/31/08 |
| NICOLET | 51.68 | 5/20/08 |
| DISH | 179.96 | 5/23/08 |
| SCRIP | 43.19 | 5/23/08 |
| COUNTRYWIDE | 861.57 | 5/20/08 |
| COUNTYRWIDE | 2029.35 | 5/16/08 |
| MBUSA | 1037.42 | 5/26/08 |
| USBANK | 958.48 | 5/26/08 |
| ATT | 129.03 | 5/31/08 |
| VALLEY FORGE INS | 705.00 | 6/2/08 |
| WESTERN RESERVE | 567.00 | 6/1/08 |
| NYSCA | 40.00 | 6/1/08 |
| ATT | 216.95 | 6/2/08 |
| SCRIP | 146.8 | 6/2/08 |
| DELTA DENTAL | 53.08 | 6/2/08 |
| DUPAGE COLLECTOR | 5112.96 | 6/1/08 |
| NICOR | 26.00 | 6/15/08 |
| JGG | 2047.15 | 6/1/08 |
| DELUXE | 41.94 | 6/15/08 |
| DEX | 102.00 | 6/4/08 |
| COMED | 210.87 | 6/5/08 |
| AETNA | 640.20 | 6/1/08 |
| BREMER | 190.00 | 6/15/08 |
| TOTAL | 16,951.29 | |

Ex J

```
                        ARMY TRAIL CHIROPRACTIC                    Page 17
                         Patient Receivable Aging                  060208
                                06-02-08

                       --Current--   --Past--   --Past--   --Past--   Total
(Chart# )  Patient Name    0 - 30    31 - 60    61 - 90    91 --->   Balance

(WILPE000) Wilson, Peter
(630) 832-0347
Last Pmt:03-28-00    $400.00
     Patient Aging Total    -400.00                                  -400.00

(WILSC010) Williamson, Scott
(630) 212-7821
     Patient Aging Total     720.00                                  $720.00

(WOLJE000) Gwaltney, Jennifer
(630) 221-1813
Last Pmt:04-22-08    $61.12
     Patient Aging Total     360.00                                  $360.00

(ZAFSY000) Zaffer, Syeda
(630) 941-7125
Last Pmt:03-22-00    $526.67
     Patient Aging Total    -646.67                                  -646.67


  Practice Aging Total    68951.87      0.00       0.00    1750.66  $70702.53

Percent of Aging Total       97.52      0.00       0.00       2.48    100.00
```



Ex F

EXHIBIT E

DR. KORTAN SHOWS AN ACCOUNTS RECEIVABLE BALANCE OF $70702.53 AS OF THE END OF MAY, 2008. THIS FIGURE IS ASSUMING FULL PAYMENT BY PATIENT AND INSURANCE COMPANY. IN REALITY, DUE TO INSURANCE COMPANIES DISCOUNTING FEES, A MORE REALISTIC NUMBER IS $23,331.66 AS TO WHAT WILL BE COLLECTED.



**FIFTH THIRD BANK**
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

Statement Period Date: 5/1/2008 –
Account Type: Bus Basics Checking
Account Number: 7234422751

DAVID M KORTAN DC
DBA ARMY TRAIL CHIROPRACTIC
2103 BLOOMINGDALE RD
GLENDALE HEIGHTS IL
60139-1310

0

10817

Banking Center: West Chicago
Banking Center Phone: 630-562-7250
Commercial Client Services: 1-800-589-5355
www.53.com

(847) 223-5675

## Account Summary – 7234422751

| Date | | Amount | |
|---|---|---|---|
| 05/01 | Beginning Balance | $17,063.57 | Number of Days in Period: 30 |
| | Checks | $(34,211.01) | |
| | Withdrawals / Debits | $(506.99) | |
| | Deposits / Credits | $33,571.39 | |
| 05/30 | Ending Balance | $15,916.96 | |

### Checks

60 checks totaling $34,211.01

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 10014 i | 05/01 | 50.00 | 10045 i | 05/19 | 861.57 | 10066 | 05/16 | 498.31 |
| 10017*i | 05/07 | 2,002.00 | 10046 | 05/07 | 2,000.00 | 10067 | 05/19 | 687.54 |
| 10019*i | 05/02 | 297.80 | 10047 i | 05/12 | 179.96 | 10068 i | 05/23 | 297.80 |
| 10023*i | 05/01 | 15.99 | 10048 i | 05/12 | 43.18 | 10069 | 05/19 | 296.62 |
| 10024 | 05/01 | 550.00 | 10049 i | 05/16 | 126.03 | 10070 i | 05/22 | 146.80 |
| 10025 i | 05/02 | 173.75 | 10050 | 05/12 | 687.54 | 10071 | 05/19 | 1,000.00 |
| 10027*i | 05/05 | 50.00 | 10051 i | 05/14 | 297.80 | 10072 i | 05/27 | 5,112.96 |
| 10032*i | 05/06 | 628.07 | 10052 | 05/12 | 296.62 | 10073 i | 05/23 | 53.08 |
| 10033 | 05/07 | 129.94 | 10053 i | 05/16 | 1,037.42 | 10074 | 05/22 | 1,653.33 |
| 10034 | 05/02 | 1,000.00 | 10054 i | 05/19 | 958.48 | 10075 | 05/29 | 26.00 |
| 10035 | 05/05 | 687.54 | 10055 | 05/12 | 2,000.00 | 10077* | 05/22 | 475.00 |
| 10036 i | 05/08 | 297.80 | 10057* | 05/12 | 316.20 | 10078 | 05/27 | 501.17 |
| 10037 | 05/05 | 296.62 | 10058 i | 05/20 | 705.00 | 10079 i | 05/27 | 297.80 |
| 10038 i | 05/08 | 41.00 | 10059 i | 05/21 | 40.00 | 10080 | 05/27 | 221.36 |
| 10039 i | 05/07 | 309.73 | 10060 i | 05/20 | 567.67 | 10081 | 05/27 | 250.00 |
| 10040 i | 05/08 | 99.90 | 10061 | 05/16 | 2,000.00 | 10084* | 05/27 | 1,138.61 |
| 10041 i | 05/14 | 124.30 | 10062 | 05/16 | 501.92 | 10085 | 05/27 | 1,000.00 |
| 10042 i | 05/07 | 187.30 | 10063 i | 05/22 | 100.00 | 10088*i | 05/30 | 210.87 |
| 10043 i | 05/20 | 100.00 | 10064 i | 05/23 | 12.00 | 10089 i | 05/30 | 102.00 |
| 10044 i | 05/12 | 51.68 | 10065 | 05/19 | 216.95 | 10090 i | 05/28 | 200.00 |

### Withdrawals / Debits

6 items totaling $506.99

| Date | Amount | Description |
|---|---|---|
| 05/05 | 15.50 | MERCHANT BNKCD DEPOSIT 165203057998 ARMY TRAIL CHIROPRACTI 050508 |
| 05/07 | 86.70 | MERCHANT PAYMENT LOWE'S #1821 AT LOC 001 400 WEST ARMY TRAIL CAROL STREAM IL |
| 05/08 | 59.79 | DEBIT CARD PURCHASE AT GAS MART 36 1004, CAROL STREAM, IL ON 050708 FROM CARD#: 5480092402333020 |
| 05/08 | 5.00 | PURCHASE OFFICIAL CHECK # 00013237617 REF # 00300836248 |
| 05/08 | 320.00 | PURCHASE OFFICIAL CHECK # 00013237587 REF # 00350832361 |
| 05/13 | 20.00 | SERVICE CHARGE |

### Deposits / Credits

11 items totaling $33,571.39

| Date | Amount | Description |
|---|---|---|
| 05/02 | 166.25 | MERCHANT BNKCD DEPOSIT 165203057998 ARMY TRAIL CHIROPRACTI 050208 |
| 05/02 | 274.48 | DEPOSIT |
| 05/06 | 5,333.06 | DEPOSIT |
| 05/09 | 934.25 | DEPOSIT |
| | | DEPOSIT |

Page 1 of 2

**FIFTH THIRD BANK**

## Deposits / Credits - continued

| Date | Amount | Description |
|---|---|---|
| 05/16 | 1,271.97 | DEPOSIT |
| 05/19 | 892.49 | DEPOSIT |
| 05/20 | 5,123.24 | DEPOSIT |
| 05/22 | 999.96 | DEPOSIT |
| 05/23 | 77.78 | MERCHANT BNKCD DEPOSIT 165203057998 ARMY TRAIL CHIROPRACTI 052308 |
| 05/27 | 8,870.05 | DEPOSIT |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/01 | 16,447.58 | 05/12 | 10,892.00 | 05/22 | 16,392.78 |
| 05/02 | 15,416.76 | 05/13 | 20,494.86 | 05/23 | 16,107.68 |
| 05/05 | 14,367.10 | 05/14 | 20,072.76 | 05/27 | 16,455.83 |
| 05/06 | 19,072.09 | 05/16 | 17,181.05 | 05/28 | 16,255.83 |
| 05/07 | 14,356.42 | 05/19 | 14,057.38 | 05/29 | 16,329.83 |
| 05/08 | 13,532.93 | 05/20 | 17,807.95 | 05/30 | 15,916.96 |
| 05/09 | 14,467.18 | 05/21 | 17,767.95 | | |

YOU SET YOUR GOALS. FIFTH THIRD BANK WILL HELP YOU REACH THEM. TO FIND OUT HOW FIFTH THIRD BANK IS MOVING FORWARD WITH YOU, STOP BY YOUR LOCAL FIFTH THIRD BANKING CENTER. MEMBER FDIC.

### Suggested instructions for balancing either your checking or savings account.

1. Enter Ending Balance from statement (1) $ _____
2. List Deposits / Credits made after statement date:

| Date | Amount | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Enter total of above Deposits/Credits. (2) $ _____

3. Compute total (#1 plus #2). (3) $ _____

4. List Checks and Withdrawals / Debits not yet paid by bank:

| Check #/Date | Amount | Check #/Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Enter total of above Checks and Withdrawals / Debits. (4) $ _____

5. Subtract #4 from line 3. This should be your present account balance. (5) $ _____

### Having trouble balancing your statement?

**If revised bank balance is MORE than your checkbook balance:**

a) Have you verified your addition and subtraction above and in your checkbook?
b) Does the above list include all of your outstanding checks, withdrawals and debits?
c) Have you added all ATM deposits in your checkbook?
d) Have you added all credits and advances in your checkbook?

**If revised bank balance is LESS than your checkbook balance:**

a) Have you verified your addition and subtraction above and in your checkbook?
b) Have you deducted service and other bank charges in your checkbook?
c) Have you deducted all ATM withdrawals in your checkbook?
d) Have you deducted all credit line and preauthorized payments in your checkbook?

### ERROR RESOLUTION PROCEDURE FOR ELECTRONIC TRANSACTIONS

If you believe there is an error on your statement or receipt, or if you need more information about a transaction, please contact us as soon as you can. You can call us at 1-800-972-3030, or write us at Fifth Third Customer Service; Madisonville Operations Center; Mail Drop 1MOC2N; Cincinnati, OH 45263, or visit your nearest Fifth Third Banking Center. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. (1) Tell us your name and account number. (2) Describe the error or the transaction you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for a new account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. Preauthorized Transfers. If you are the recipient of preauthorized deposits, you may contact us at 1-800-972-3030 during normal business hours or visit the Fifth Third Bank web site at every 31 days from upon receipt of a preauthorized deposit.