**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAVID KORTAN, | ) | Case No. 07 B 18547 |
| | ) | |
| Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing: 12/22/2009 at 10:00 a.m. |

**AMENDED NOTICE OF MOTION**

To:   See attached service list

PLEASE TAKE NOTICE that on December 22, 2009 at 10:00 a.m., I shall appear before the Honorable Susan Pierson Sonderby, or any other Judge sitting in her stead, in Courtroom 642, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Motion for Final Decree,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Peter L Berk
One of Debtors' attorneys

Forrest L. Ingram, Esq.
Peter Berk, Esq.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Peter L Berk, an attorney, certify that I caused a true and correct copy of the foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, either by ECF electronic delivery or by regular mail, as indicated on the list, by 5:00 P.M. on December 9, 2009.

/s/ Peter L Berk

## SERVICE LIST

Office of the U.S. Trustee  *via ECF
227 W. Monroe, Suite 3360
Chicago, IL 60605

Kathryn A Klein
Riezman Berger PC
7700 Bonhomme
7th Floor
St Louis, MO 63105

Advanta  * via regular mail
P.O. Box 30715
Salt Lake City, UT 84130

American Express FSB
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355-0701

Brazos Student Finance Corp.
2600 Washington Ave
Waco, TX 76710

Chase Student Loan Servicing, LLC
Brazos Student Finance Corp.
PO Box 523
Madison, MS 39130

Chase Bank, USA, N.A.
PO Box 100018
Kennesaw, GA 30156-9104

Chase Bank USA
c/o Weinstein & Riley
PO Box 3978
Seattle, WA 98124-3978

Chase Bank USA, NA
PO Box 15145
Wilmington, DE 19850-5145

JP Morgan Chase Bank, N.A.
Crowley & Lamb C/O Adela C. Lucchesi
350 N. LaSalle Street, Suite 900
Chicago, IL 60610

Countrywide Home Lending
Bankruptcy Dept.
400 Countrywide Way
Simi Valley, 93065

Pierce & Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, IL 60602


DCFS USA LLC
Kathryn A. Klein
c/o Riezman Berger, P.C.
7700 Bonhomme Avenue
7th Floor
St. Louis, MO 63105

Fia Card Services
successor to Bank of America MBNA America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713

National City LOC
P.O. Box 3038
Kalamazoo, MI 49003

US Bank/Retail Payment Solutions
PO Box 5229
Cincinnati, OH 45201

Visa Credit Card Circuit City
P.O. Box 15291
Wilmington, DE 19886-5291

Wells Fargo
P.O. Box 348750
Sacramento, CA 95834