## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DAVID KORTAN, | ) | Case No. 07 B 18547 |
| | ) | |
| Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing: 12/22/2009 at 10:00 a.m. |

### FINAL DECREE

THIS CAUSE coming on to be heard upon the Debtor's Motion for Final Decree, proper notice having been provided and the Court being fully advised in the Premises, it is ordered:

1) A Final Decree is hereby entered.

2) This Chapter 11 case is closed.

3) The Debtor is granted leave to reopen this Chapter 11 case without payment of a reopening fee, in order to obtain his discharge after Plan payments to unsecured creditors are complete.

Dated: DEC 2 2 2009

ENTER: _____
The Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Forrest L. Ingram, Esq. #3129032
Peter L. Berk, Esq. #6274567
79 West Monroe Street
Suite 900
Chicago, IL 60603
(312) 759-2838